UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Allan Robert G.,<br><br>            Plaintiff(s),<br><br>v.<br><br>Frank Bisignano,<br><br>            Defendant(s). | Case No. 2:22-cv-00300-NJK<br><br>**ORDER**<br><br>[Docket Nos. 24, 27] |

Pending before the Court is Plaintiff's counsel's motion for attorneys' fees of $12,000 pursuant to 42 U.S.C. § 406(b). Docket No. 24. The Commissioner filed a response taking no position on the reasonableness of the fee request. Docket No. 35. Plaintiff's counsel filed a reply. Docket No. 26. Also pending before the Court is Plaintiff's counsel's amendment to the fee request, indicating in two sentences that counsel amends the fee motion to $11,524 and waives application of *Culbertson v. Berryhill*, 139 S. Ct. 517, 519 (2019). Docket No. 27.[1] Meaningful elaboration is not provided. The Court declines to piece together the fee request that is intended at this juncture, so both motions for fees (Docket Nos. 24, 27) are **DENIED** without prejudice. Any renewed motion for fees must be filed by January 22, 2026.

IT IS SO ORDERED

Dated: January 8, 2026

                                                                                   _____
                                                                                   Nancy J. Koppe
                                                                                   United States Magistrate Judge

---

[1] Although captioned as an "amendment," this latter filing was docketed by counsel as another motion. *See* Docket No. 27.